**Exhibit A to the Complaint**

**Location:** Los Angeles, CA  **IP Address:** 76.168.145.74
**Total Works Infringed:** 32  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9209F69C1316D8FE013660608AFDB078AB05D569<br>File Hash: C06C891DF9F5A28084FBE35C894ADD872D874213C4E1A19EEBB9764EA9FB73B2 | 01/04/2024 13:51:07 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |
| 2 | Info Hash: E044CB41FB21AC872B758BAA600DFE321D0D93D1<br>File Hash: F937426FB7CD0E8BB7446E926F4BD5D2A7487CF7CD1A14D79775213CE41015BA | 08/01/2023 09:13:20 | Slayed | 06/20/2023 | 07/14/2023 | PA0002427505 |
| 3 | Info Hash: 6C6522DCC77712F6BC7CA8ACA80AAC1BB5D3D7D5<br>File Hash: F43618DD8D35C5108864931339AC049A28A567491D9F20935EBBFD61B4A6B398 | 03/12/2023 04:20:22 | Vixen | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 4 | Info Hash: A08A37492011255F45AEDABB99584F789231B89A<br>File Hash: 6CD2DAD099EE3260A07D48427200C1E63F0B064A6D072744C079F41D5E6E5B32 | 03/08/2023 04:53:42 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 5 | Info Hash: 2E9D93389CFC0B8091C56E0DC3D7C95AB96A0C09<br>File Hash: AD21528BBC7C55F910FCF797314993018077AC6A632B976EAC4AC95E1EEE09AE | 03/08/2023 04:37:38 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |
| 6 | Info Hash: B01E632AA5FDDFC53EEF989C66811223B2A868A1<br>File Hash: 40EEAC5DF85A3C799F961A09CAF628490737FF00F08A0C8AA427FF9324D21C52 | 03/08/2023 04:37:28 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |
| 7 | Info Hash: B5E1D56441487631C5D381A8483941CE390D43B0<br>File Hash: EF349B5F163B7B3B13345D80DE4825FE4DB39F7F2E63D474DE32B3CABCBB963E | 03/08/2023 04:36:27 | Vixen | 03/20/2019 | 04/17/2019 | PA0002186982 |
| 8 | Info Hash: B7714B41524D3D94C4ECBCD5B556E2A585720E8C<br>File Hash: E0A68C7912B5CB63421541A6AB6E025081F2215BE9ECAAB72FD57BF14D919982 | 03/05/2023 23:33:48 | Vixen | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 9 | Info Hash: 6241B8EB4CEEF8BD09108D26D88BB7D834A96CB9<br>File Hash: E3101BA1B2E03E0DC0A8DF0C564EBFBE32BBBD281044330FB92183199B73AC0D | 03/05/2023 23:26:22 | Vixen | 05/04/2018 | 06/19/2018 | PA0002126680 |
| 10 | Info Hash: 54BFEA53C6847EB42AE451597776EEDCAB4B3169<br>File Hash: B46D5AAE53E8585BC3DECA45CFCC44ADEA089DCDD1DEE56CF104CB53473B268D | 03/05/2023 23:20:06 | Vixen | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 11 | Info Hash: 57EF758621E2E69E913D09DF9007DCEA885CF724<br>File Hash: 4BC2434FAC8A9F69D1912988CB545547C7EADAA2A879891C8109AE1F12525B4D | 03/05/2023 23:19:07 | Vixen | 05/29/2018 | 07/14/2018 | PA0002128390 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: DA346F966A87AD81E487BCC8D5058B99E2F3D522<br>File Hash:<br>6367272D1C009A460EA3A7C5DBA74102C4AE006DF041A8F3D26CFCC3EFDB1C26 | 03/05/2023<br>21:34:22 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 13 | Info Hash: 2B42A2A17AFB73AFD007C4A547F9A5736C36CA2F<br>File Hash:<br>95DB97C51482FA763C8A6368979226A0417FEF1DD3F0E6C3779DE481330ED008 | 03/04/2023<br>18:36:25 | Slayed | 02/21/2023 | 04/13/2023 | PA0002407770 |
| 14 | Info Hash: C5A57C0D86A6E4FD46787C34F29FE1B93266C54B<br>File Hash:<br>E6C55067A5B1B3AD33F6A2CCFAD68DDBC864E5A5BD3D779A475A855E13BA400A | 02/24/2023<br>01:46:45 | Blacked Raw | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 15 | Info Hash: F846218E457590970000302D00591B0CD865C7D7<br>File Hash:<br>2DEA49A5DD9367C335BFF7A8D97737CD64937A6B1BEC2D87B606469EF15B9C89 | 02/24/2023<br>01:21:38 | Blacked Raw | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 16 | Info Hash: 20F98AA363FC9CC578965E17A543FD3DCA924924<br>File Hash:<br>CC2EE70477EF030356F659CA6CC97395CA94E21D9136F1AF101261C3E4CCF27F | 01/24/2023<br>23:36:56 | Slayed | 09/06/2022 | 09/22/2022 | PA0002378458 |
| 17 | Info Hash: 5A4A8ED51B128A6F0FA5FF3146D5E4E53F58ED61<br>File Hash:<br>E7AD70C8F107C83BFBC1A8B976AF63C86A7AF4C23D7898D3CDF4CC4C2FC2C480 | 11/24/2022<br>19:08:04 | Slayed | 05/17/2022 | 06/09/2022 | PA0002361673 |
| 18 | Info Hash: 81DAD957AB34C78773FDF2A383F55B6B0D3318A0<br>File Hash:<br>3D0BBB2A6D594F436D705FE878A2BEBE47523F0A27927C6B797BC4AB1143E6B6 | 11/06/2022<br>18:33:21 | Blacked Raw | 09/06/2022 | 10/05/2022 | PA0002373770 |
| 19 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash:<br>22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 10/25/2022<br>16:09:12 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 20 | Info Hash: 3F4017DC4543750B5D069CEC1B2C2C83718D0F7D<br>File Hash:<br>5F206D12BB53B109A128710E9E5012B4D74668597C84CB06908511D83CE52175 | 10/24/2022<br>16:12:34 | Blacked Raw | 10/21/2022 | 10/31/2022 | PA0002377818 |
| 21 | Info Hash: 61672BE2A6F8D429C902CCEFFA068CCD1BF56DCA<br>File Hash:<br>5799AF6AA4E8A0549B6BFC13EE2E4A043BB6448CAC2A5D403B0486224E415C8C | 09/20/2022<br>20:34:08 | Slayed | 03/29/2022 | 04/21/2022 | PA0002353060 |
| 22 | Info Hash: C0CC1DC1752A03306C0DDAE22B0BDA8E7D2DCE33<br>File Hash:<br>729A6F945DA739AA101BCF816E9283F7E9A062E0D2DF3886996B91EFE73E5C1E | 09/17/2022<br>17:51:49 | Slayed | 03/22/2022 | 04/21/2022 | PA0002353052 |
| 23 | Info Hash: 8ED2E77D1E1A849B09ADCB036B64A0BA2BDBD89E<br>File Hash:<br>CCCA9EB80B40E7CEA2F0A3EAABD2DF8F0A80FB553F44101DC80873939DD76D9D | 09/17/2022<br>17:43:23 | Vixen | 09/16/2022 | 10/05/2022 | PA0002373762 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6CD6EE08157241E1F133D9891C1B4E9102380649<br>File Hash: 192D2D7EAD5A1BFB7F75610BF50385C58973CC3DEBAD4F90E14E7F3612E1DB46 | 08/24/2022 20:32:04 | Tushy | 08/07/2022 | 08/29/2022 | PA0002367740 |
| 25 | Info Hash: 0478571ED018C5E124E020605A34F2C84024A2EA<br>File Hash: 08B6FE8EEA3D14025CF0B565AF3088E210761BA8467F1AEA19DC57D0A967BE26 | 07/08/2022 04:01:48 | Blacked Raw | 07/04/2022 | 07/22/2022 | PA0002359466 |
| 26 | Info Hash: A42EA763A695D18015CC02C5DF68881C6F573F88<br>File Hash: 4C6333BE04BAB617F1D4B0CF8F89FB1505769A465654F8B7A88A2850376C6CA4 | 06/11/2022 05:36:26 | Vixen | 11/05/2021 | 11/11/2021 | PA0002321282 |
| 27 | Info Hash: D46EF669E25F83CA9C25AADC287A991E09D748D3<br>File Hash: FE8B267A71A5051D28EE9A3FF464523A97F13661B6F40BD91D55EED08E539D03 | 06/03/2022 21:21:20 | Slayed | 01/04/2022 | 02/03/2022 | PA0002341800 |
| 28 | Info Hash: DB93FCB84B42DBAEDFBF7F07EED61BABBA392407<br>File Hash: 9C90D32C76711D1AE7FC5B3D47F5FE507104D06D83B2B02CA40741DE4A39BBEC | 05/25/2022 15:44:33 | Tushy | 05/15/2022 | 05/20/2022 | PA0002350379 |
| 29 | Info Hash: 2BCBCC603FDA8E375134A111F2D26E3B118569C3<br>File Hash: A0ECE8F91724385D4ED6030896FD479DF1E90F30A71A25438230F19984B0F57E | 05/20/2022 01:53:51 | Blacked | 05/14/2022 | 05/20/2022 | PA0002350380 |
| 30 | Info Hash: EE572A11A91189681672EB3D84A25B7E80B8CDB3<br>File Hash: 3CC8FEF15AE8A2CC92FA4CD27D47838352BC98978B01507B7FA1A77BABCB4E3D | 05/03/2022 06:05:36 | Tushy | 03/27/2022 | 04/23/2022 | PA0002346427 |
| 31 | Info Hash: F92AF857FE7C873177AD4EE8F042355E4FE1D9E1<br>File Hash: 707118BA77E09D613609C950E9EA4CC728B74F1DD8D6A40ECC6D9AF67A4D1437 | 04/22/2022 17:39:22 | Slayed | 08/19/2021 | 09/08/2021 | PA0002316102 |
| 32 | Info Hash: FB6DBC133B88CAB909D2CD961826DA53D1C97B46<br>File Hash: 19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 12/04/2021 00:21:56 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |